**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **NO. 09-419-1** |
| **ANTHONY CLAY** | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

**AND NOW**, this _8th_ day of March, 2017, upon consideration of Petitioner's *pro se* Motions Pursuant to 18 U.S.C. § 3582(c)(2) & U.S.S.G. Amendments 782 and 788 (Docs. 64 and 66) and the Government's Response thereto (Doc. 69), **IT IS HEREBY ORDERED AND DECREED** that Petitioner's motions for modification of sentence are **DENIED** for the reasons set forth in the Government's Response (Doc. 69).

                                              **BY THE COURT:**

                                              **/s/ Petrese B. Tucker**
                                              _____
                                              **Hon. Petrese B. Tucker, C.J.**